# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0693

_____

N.F., the Child,

Petitioner,

v.

DEPARTMENT OF JUVENILE
JUSTICE,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 28, 2019

PER CURIAM.

The petition for writ of habeas corpus is dismissed as moot.

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas Public Defender, and John Hedrick, Assistant Public Defender, Tallahassee, for Petitioner.

Ashley B. Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.